## Commonwealth *v.* Robinson, Appellant.

Submitted December 6, 1971. *Patrick F. Casey,* and *Burgess, Casey & Janson,* for appellant; *Bonnie Brigance Leadbetter* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended postconviction petition.

WRIGHT, P. J., would affirm the order of the court below.

## Commonwealth, Appellant, *v.* Rusch.

Argued December 6, 1971. *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellant; *Stephen Robert LaCheen,* for appellee.

Order affirmed.

WRIGHT, P. J., dissents.